```
Court Name: District Court
Division: 1
Receipt Number: 465401284720
Cashier ID: Bwilliam
Transaction Date: 08/19/2021
Payer Name: MICHAEL MEDINA
------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: MICHAEL MEDINA
 Amount:        $402.00
------------------------------
CREDIT CARD
 Amt Tendered: $402.00
------------------------------
Total Due:      $402.00
Total Tendered: $402.00
Change Amt:     $0.00

21CV6983
(MKV)
(BCM)
```

#465401284720

8/19/2021

21cv6983

(MKV)

(BCM).