```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL MEDINA,

                Plaintiff/Counterclaim Defendant,

-against-

VICTORIA'S SECRET & CO. and VICTORIA'S SECRET STORES BRAND MANAGAMENT, LLC.,

                Defendants/Counterclaim Plaintiffs.

1:21-cv-6983-MKV

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff initiated this action by filing a complaint on August 19, 2021. [ECF No. 1]. On October 4, 2021, the Defendants answered the complaint and asserted counterclaims against Plaintiff. [ECF No. 4]. Neither party has taken any other action to date.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff is directed to answer or otherwise respond to the counterclaims on or before January 3, 2022. If Plaintiff does not respond to the counterclaims, Defendants may move for judgment on them. Defendants should follow the procedures applicable under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website. Failure by either party to comply with this Order may result in dismissal of this action for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001).

**SO ORDERED.**

Date: December 2, 2021
      New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
United States District Judge